**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**John C. West –** 007233
Direct Dial: 602.262.5781
Email: jwest@lrrc.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Adriana Padilla,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UnitedHealth Group, Inc. d/b/a Optum; OptumHealth Care Solutions, LLC; John Does I-X; ABC Corporations I-X; and Black and White Partnerships and/or Sole Proprietorships I-X,<br><br>　　　　　Defendants. | No. _____<br><br>**NOTICE OF REMOVAL** |

Defendants UnitedHealth Group, Inc. and OptumHealth Care Solutions, LLC (collectively "Defendants") submit this Notice of Removal of the above-entitled action from the Superior Court of the State of Arizona for the County of Maricopa to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1331, 1441(a) and (b), and 1446, and state as follows:

1. The Complaint seeks a judicial declaration as to Plaintiff's rights under the terms of a health benefits plan sponsored and maintained by her spouse's employer which is an "employee welfare benefit plan" as defined under the Employee Retirement Income Security Act of 1974 ("ERISA"). 29 U.S.C. §§ 1001 *et seq*.

2. This is a civil action in which this Court has original jurisdiction under 28 U.S.C. § 1331, 29 U.S.C. § 1132(a) and (e) and may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that it arises under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, *et. seq*.

3.  On January 23, 2020, Defendants were served through CT Corporation System with a Summons, Complaint, and Certificate of Compulsory Arbitration in the case entitled *Adriana Padilla v. UnitedHealth Group, Inc. d/b/a Optum*, *et al.*, Maricopa County Superior Court Cause No. CV2020-000498.  A true and complete copy of the Summons, Complaint, Certificate of Compulsory Arbitration, and Certificate of Service are attached hereto as Exhibits A-D.

4.  No other pleadings have been filed by the Plaintiff in this action except those filed with this Court accompanying this Notice of Removal.

5.  This Notice of Removal is timely filed with the District Court, as it is being filed within thirty (30) days after receipt of the Complaint by Defendants on January 23, 2020, which is the document that provides the basis for removal.  *Anderson v. State Farm Mutual Automobile Insurance Company*, 917 F.3d 1126 (9th Cir. 2019).

**Basis for Removal**

6.  Removal of this case is proper because this suit arises under the laws of the United States.  This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) because the claims raised are governed and completely preempted by ERISA.  Congress granted original jurisdiction to the District Courts for actions brought under 29 U.S.C. § 1132(a) to recover benefits due under the terms of an ERISA plan or to enforce and/or clarify rights under an ERISA plan.  29 U.S.C. § 1132(e)(1).  Further, 29 U.S.C. § 1132(f) provides:

> [T]he district courts of the United States have jurisdiction, without respect to the amount in controversy or the citizenship of the parties, to grant the relief provided for in subsection (a) of this section in any action.

7.  Plaintiff is an eligible participant in the UHG Inc. Group Benefits Plan (the "Plan").

8. The Plan is sponsored and maintained by UnitedHealth Group Incorporated to provide specific health care benefits to its eligible employees and dependents. The plan is an "employee welfare benefit plan" as defined under ERISA.

9. The Complaint alleges that on or about January 28, 2019, the Plaintiff was involved in an automobile accident for which she sustained injuries and received medical treatment. Plaintiff alleges that the Defendants provided payment with respect to those bills. (Complaint at ¶ 6).

10. Plaintiff further alleges she asserted a claim under the uninsured motorist coverage provision of her automobile insurance carrier and received payment for the injuries sustained in the January 28, 2019 accident. *Id*.

11. The Complaint alleges that the Defendants claim an interest in the proceeds received from the automobile insurance carrier and that Plaintiff has attempted to negotiate a solution with the Defendants. (Complaint at ¶ 8).

12. Count One seeks a judicial determination with respect to the rights and obligations of the parties regarding the proceeds of the money received by the Plaintiff from her automobile insurance carrier. (Complaint at ¶¶ 1-9).

13. Count Two of the Complaint alleges the Defendants' enforcement of the Plan's subrogation and reimbursement provisions constitutes a tortious interference with contract. (Complaint at ¶¶ 10-14).

14. Count Three of the Complaint alleges the Defendants' enforcement of the subrogation and reimbursement provisions of the Plan states a claim for negligence. (Complaint at ¶¶ 15-16).

15. All of Plaintiff's claims are rooted in the Plan itself and represent the Plaintiff's attempt to recover or clarify her rights to benefits due under the Plan.

16. The Plaintiff's claims are completely preempted and properly removed to this Court as the claims, at bottom, seek recovery of benefits under the Plan and require the interpretation and application of Plan terms.

17. The Plaintiff's state-law causes of action and relief are preempted as improperly duplicating, supplementing and supplanting the ERISA civil enforcement remedies and in accordance with ERISA § 502(a), these claims fall under ERISA and are thereby completely preempted. *See Aetna Health, Inc. v. Davila*, 542 U.S. 200, 209 (2004).

18. Defendants reserve the right to amend or supplement this Notice of Removal.

19. The undersigned attorney certifies that he has caused a copy of the original Notice of Removal to be filed with the Clerk of the Superior Court of Arizona, County of Maricopa.

WHEREFORE, Defendants respectfully requests this Court to assume jurisdiction over the cause herein, as provided by law.

RESPECTFULLY SUBMITTED this 21st day of February, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/John C. West*
John C. West
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Larry A. Zier – larry@zierlaw.com

By: *s/Ashly White*

110376083.1

5