UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Adriana Padilla | **Defendant(s):** UnitedHealth Group, Inc. ; OptumHealth Care Solutions, LLC |
| County of Residence: Maricopa | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Larry A. Zier**<br>Law Office of Larry A. Zier, P.C.<br>7339 East Sixth Avenue<br>Scottsdale, Arizona  85251<br>480.990.8783 | **John C. West**<br>Lewis Roca Rothgerber Christie LLP<br>201 East Washington Street, Suite 1200<br>Phoenix, Arizona  85004<br>602.262.5311 |

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2020-000498**

II. Basis of Jurisdiction:  3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)
    Plaintiff:- N/A
    Defendant:- N/A

IV. Origin :  2. Removed From State Court

V. Nature of Suit:  791 E.R.I.S.A

VI. Cause of Action:  28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) - claims are governed and completely preempted by ERISA

VII. Requested in Complaint
    Class Action: No
    Dollar Demand:
    Jury Demand: No

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>s/John C. West</u>

**Date:** <u>2/21/2020</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014