# EXHIBIT A

# ORIGINAL

CLERK OF T[HE]
SUPERIOR COU[RT]
FILED
M. VALLENTE, D[.]
2020 JAN 27 PM 4[:]
4:22pm

1 | Larry A. Zier, Esq., SBN 017090
LAW OFFICE OF LARRY A. ZIER, P.C.
2 | 7339 East Sixth Avenue
Scottsdale, AZ 85251
3 | (480) 990-8783
minuteentries@zierlaw.com
4
Attorney for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ADRIANA PADILLA, | No. **CV2020-000498** |
| Plaintiffs, | **SUMMONS** |
| vs. | |
| UNITED HEALTHGROUP INC., dba OPTUM; OPTUMHEALTH CARE SOLUTIONS, LLC; JOHN DOES I-X, ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X, | If you would like legal advice from a lawyer, Contact the Lawyer Referral Service at 602-257-4434 or www.maricopalawyers.org Sponsored by the Maricopa County Bar Association |
| Defendants. | |

**The State of Arizona to:**   **OPTUMHEALTH CARE SOLUTIONS, LLC**

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within twenty (20) days after the service of the Summons and Complaint upon you, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of forty (40) days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete thirty (30) days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete thirty (30) days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt or officer's return. RCP 4; A.R.S. §§ 20-232, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in the case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing, within the time required, and you are required to serve a copy of any Answer or response upon Plaintiff's attorney. R.C.P. 10(d), A.R.S. § 12-311, R.C.P. 9.

The name and address of Plaintiff's attorney is:

Larry A. Zier, Esq.
LAW OFFICE OF LARRY A. ZIER, P.C.
7339 East Sixth Avenue
Scottsdale, AZ 85251
(480) 990-8783

Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

JEFF FINE, CLERK
JAN 14 2020

Given under my hand and seal of office this ___ day of January, 2020.



Clerk of the Superior Court

A. Sutton

-2-

# EXHIBIT B

JEFF FINE
Clerk of the Superior Court
By Amber Sutton, Deputy
Date 01/14/2020 Time 16:31:35
Description                    Amount
---------- CASE# CV2020-000498 ----------
CIVIL NEW COMPLAINT             333.00

TOTAL AMOUNT                    333.00
            Receipt# 27602430

1 | Larry A. Zier, Esq., SBN 017090
LAW OFFICE OF LARRY A. ZIER, P.C.
2 | 7339 East Sixth Avenue
Scottsdale, AZ 85251
3 | (480) 990-8783
minuteentries@zierlaw.com
4
Attorney for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| ADRIANA PADILLA, | No. **CV2020-000498** |
|---|---|
| Plaintiffs, | **COMPLAINT** |
| vs. | 1. Declaratory Relief |
| UNITED HEALTHGROUP INC., dba OPTUM; OPTUMHEALTH CARE SOLUTIONS, LLC; JOHN DOES I-X, ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X, | 2. Tortious Interference with Contract |
|  | 3. Negligence |
| Defendants. | |

**PLAINTIFF, FOR A FIRST CAUSE OF ACTION FOR DECLARATORY RELIEF, ALLEGES:**

1. Plaintiff ADRIANA PADILLA, is a resident of Maricopa County, Arizona.

2. At all times relevant hereto, Defendants UNITEDHEALTH GROUP INC., dba OPTUM and OPTUMHEALTH CARE SOLUTIONS, LLC (hereinafter collectively referred to as "OPTUM") were duly formed corporations, doing business in Maricopa County, Arizona. OPTUM is, on information and belief, a benefits management organization, involved *inter alia* in the collection of liens and/ or subrogation, and retained with respect to the policy of health insurance (hereinafter referred to as the "Policy,") pursuant to which Plaintiff was insured.

3. The true names or capacities, whether individual, corporate, associate, or otherwise, of Defendants JOHN DOES I-X, ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X, are unknown to Plaintiff, who therefore

sues said Defendants by such fictitious names. Plaintiff is informed and believes and therefore alleges that each of the defendants designated herein is legally responsible in some manner for the events and happenings herein referred to.

4. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2(c)(3), the Court should assign this case to the Tier 2 based on the amount of damages Plaintiff requests.

5. That at all times herein mentioned, Defendants, and each of them, were the agents and employees of each of the remaining Defendants, and were at all times acting within the purpose and scope of said agency and employment, and each Defendant has ratified and approved the acts of his agent.

6. On or about January 28, 2019, Plaintiff was involved in an automobile collision, with an *uninsured motorist* and sustained injuries for which she required medical treatment and incurred medical expenses. Plaintiff resolved her uninsured motorist, first-party claim against her own automobile insurance carrier.

7. Defendants or their principals provided payment with respect to certain medical bills incurred by Plaintiff; or were responsible for paying or securing payment for said treatment; and are now seeking payment or reimbursement, responsibility for which, Plaintiff contests.

8. Plaintiff has attempted to negotiate a solution to this matter with Defendants, without success. Plaintiff is ready, willing and able to pay any reasonable sums due and owing, as this Court might deem appropriate.

9. Plaintiff desires a judicial determination of the rights and obligations of the parties hereto, with respect to the amount of money, if any, owed by Plaintiff to Defendants or those for whom or which they are acting.

**PLAINTIFF, FOR A SECOND CAUSE OF ACTION, FOR TORTIOUS INTERFERENCE WITH CONTRACT AGAINST DEFENDANT OPTUM ALLEGES:**

10. Plaintiff refers to the foregoing paragraphs and incorporate same as though set forth fully herein.

11. Defendant OPTUM has intentionally and unlawfully caused or contributed to the unlawful levy of reimbursement charges, liens and claims against Plaintiff.

12. Defendant OPTUM intentionally and unlawfully interfered with a valid contract or contractual relationships between Plaintiff and her automobile insurance carrier by, *inter alia*, unlawfully asserting liens and claims, precluding payment of these sums to Plaintiff.

13. At all material times, Defendants OPTUM had knowledge of said contracts or contractual relationships and intended to cause Plaintiff to be precluded and prevented from receiving certain funds paid by her automobile insurance carrier, as a result of the resolution of her underinsured motorist claim.

14. As a direct and proximate result of Defendants' conduct, Plaintiff has sustained damage, according to proof at trial.

**PLAINTIFF, FOR A THIRD CAUSE OF ACTION, FOR NEGLIGENCE AGAINST DEFENDANT OPTUM ALLEGES:**

15. Plaintiff refers to the foregoing paragraphs, and incorporates those paragraphs as though set fourth in full in this cause of action.

16. As a direct and proximate result of the negligent acts and conduct of the Defendants herein, Plaintiff has been damaged as set forth in the previous causes of action of this complaint.

WHEREFORE, Plaintiff prays for judgment against Defendants, as follows:

A. Plaintiff is seeking a Declaration as to the respective rights and obligations of the parties hereto, including the sum, if any, to which Defendants are entitled to collect;

B. That Defendants, their principals and each of them, be enjoined and restrained from instituting any separate action against Plaintiff, and any individual or entity for sums due and owing, if any, to Defendants.

C. That, upon adjudication of this matter, Plaintiff be permitted to pay into Court the sum, if any, due and owing and that Plaintiff, her automobile insurance carrier (and her attorneys) be discharged from any further liability to any named or un-named Defendant.

D Special damages according to proof at trial;

-3-

E.  For reasonable attorney's fees as the court deems just and proper;

F.  For Punitive Damages;

G.  For costs of suit incurred herein; and,

H.  For such other and further relief as the court deems just and proper.

DATED this 14th day of January, 2020.

LAW OFFICE OF LARRY A. ZIER, P.C.

By: _____
Larry A. Zier, Esq.
Attorney for Plaintiff

# EXHIBIT C

CLERK OF THE
SUPERIOR COURT
FILED
A. SUTTON, DEP
2020 JAN 14 PM 4:08

Larry A. Zier, Esq., SBN 017090
LAW OFFICE OF LARRY A. ZIER, P.C.
7339 East Sixth Avenue
Scottsdale, AZ 85251
(480) 990-8783
minuteentries@zierlaw.com

Attorney for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ADRIANA PADILLA,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED HEALTHGROUP INC., dba OPTUM; OPTUMHEALTH CARE SOLUTIONS, LLC; JOHN DOES I-X, ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X,<br><br>  Defendants. | No. **CV2020-000498**<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

The undersigned certifies that he or she knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court, and further certifies that this case **IS NOT** subject to compulsory arbitration, as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

DATED this 14th day of January, 2020.

LAW OFFICE OF LARRY A. ZIER, P.C.

By: _____
Larry A. Zier, Esq.
Attorney for Plaintiff

# EXHIBIT D

DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

**ORIGINAL**

CLERK OF THE SUPERIOR COURT
FILED
M. VALLENTE, DEP
2020 JAN 27 PM 4:22

Inv. # **135984**

# SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MARICOPA

**ADRIANA PADILLA**

Plaintiff / Petitioner,

vs.

**UNITED HEALTHGROUP, INC. dba Optum; et al.**

Defendant / Respondent.

NO. **CV2020-000498**

CERTIFICATE OF SERVICE

**Tina Nemeth**, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**SUMMONS & COMPLAINT, CERTIFICATE OF ARBITRATION**

from **Larry A. Zier c/o LAW OFFICE OF LARRY A. ZIER** on **1/23/20**;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** OPTUMHEALTH CARE SOLUTIONS, L.L.C., c/o CT Corporation Systems

**DATE & TIME:** 1/23/20 1:40pm
**PLACE & MANNER:** 3800 N. CENTRAL AVENUE STE.460 PHOENIX, AZ 850102, which is his/her place of business.
By serving Scott Whaley, Clerk, a person authorized to accept such service on their behalf, in person.

Description of the Named: Male, Age: 40's, Ht: 5' 9in., Wt: 185, Hair: black, Ethnicity: Cauc.

**Affiant - Registered in Maricopa County**

**Statement of Costs**
| | |
|---|---|
| Services | $16.00 |
| Mileage | $24.00 |
| Sp. Handl. | |
| Witness | |
| Advances | |
| Cert. Prep | $15.00 |
| Other | |
| **Total** | **$55.00** |

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.