# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adriana Padilla, | No. CV-20-00390-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| UnitedHealth Group Incorporated, et al., | |
| Defendants. | |

The Court having received notice that this case has settled (Doc. 7),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on **March 27, 2020**, and shall enter judgment accordingly, unless *prior thereto* a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all hearings and deadlines are vacated, and any pending motions are denied as moot.

Dated this 27th day of February, 2020.

Dominic W. Lanza
United States District Judge