Larry A. Zier, Esq., SBN 017090
LAW OFFICE OF LARRY A. ZIER, P.C.
7339 East Sixth Avenue
Scottsdale, AZ 85251
(480) 990-8783
minuteentries@zierlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adriana Padilla, | CASE NO.: 2:20-CV-00390-DWL |
| Plaintiff, | **ORDER** |
| vs. | |
| United Healthgroup Inc., dba Optum; Optumhealth Care Solutions, LLC; John Does I-X, ABC Corporations I-X; and Black and White Partnerships and/or Sole Proprietorships, I-X, | |
| Defendants. | |

Pursuant to Plaintiff's Motion for Order to Remand to Maricopa County Superior Court, and good cause appearing,

IT IS HEREBY ORDERED that this matter be remanded to Superior Court for the State of Arizona for all purposes.

DONE this _____ day of March, 2020.

_____
Honorable Dominic W Lanza

1