# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adriana Padilla,<br><br>    Plaintiff,<br><br>v.<br><br>UnitedHealth Group Incorporated, et al.,<br><br>    Defendants. | No. CV-20-00390-PHX-DWL<br><br>**ORDER** |

Plaintiff sued UnitedHealth Group Inc, OptumHealth Care Solutions LLC, and various Doe defendants in state court. The two named defendants removed the action on Feb. 21. (Doc. 1.) On Feb. 27, Plaintiff filed a notice of voluntary dismissal as to the two named defendants (Doc. 6) and the two named defendants filed a notice of settlement, stating that "this matter has settled" (Doc. 7). The two named defendants were terminated, and the Court issued its standard order stating that the case would be dismissed unless a party "files a request for reinstatement on the Court's trial calendar" before March 27. (Doc. 8.) On March 26, Plaintiff filed a motion to remand. (Doc. 10.) That motion is obviously not "a request for reinstatement on the Court's trial calendar." Accordingly,

    IT IS ORDERED that the Clerk of the Court shall terminate this action.

    IT IS FURTHER ORDERED that the motion to remand (Doc. 10) is denied as moot.

    Dated this 9th day of April, 2020.

Dominic W. Lanza
United States District Judge